USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
I.O.B. REALTY, INC. AND MR. ISA BRIJA,

                          Plaintiffs,

                   v.

PATSY'S BRAND, INC., PATSY'S ITALIAN
RESTAURANT, INC., AND JOHN DOES 1-10,
                        Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-2776 (AT) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On or before February 14, 2020, nonparties Joseph Sognamillo and Rose Sognamillo shall file affidavits from their respective doctors: (1) indicating each person's diagnosis; and (2) explaining why, with particularity, the diagnosed condition(s) prevents him or her from answering questions at a deposition. On February 20, 2020, at 10:45 a.m., a telephonic conference shall be held in connection with the motions appearing at Docket Entry Nos. 74, 77 and 84. To participate in the conference, the movants and the parties shall call (888) 557-8511 and use access code 4862532.

Dated: New York, New York
         February 7, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE