**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
I.O.B. REALTY, INC., and MR. ISA BRIJA,

                Plaintiffs,

-against-                      19 **CIVIL** 2776 (AT)

## JUDGMENT

PATSY'S BRAND, INC., PATSY'S ITALIAN
RESTAURANT, INC., and JOHN DOES 1-10,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 30, 2020, defendants' motion to dismiss this action for lack of subject matter jurisdiction is granted, and the complaint is dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      April 30, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  Clerk of Court
                                  **BY:**
                                                    Deputy Clerk